| | |
|---|---|
| 1 | Willmore F. Holbrow, III (State Bar No. 169688) |
| 2 | E-mail: bill_holbrow@bstz.com |
|   | James W. Ahn (State Bar No. 243335) |
| 3 | E-mail: james_ahn@bstz.com |
|   | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP |
| 4 | 12400 Wilshire Boulevard, Seventh Floor |
| 5 | Los Angeles, California 90025 |
|   | Tel: (310) 207-3800/Fax: (310) 820-5988 |
| 6 | Attorneys for Plaintiff SPIRIT CLOTHING COMPANY |

JS-6

1 Joseph R. Wilbert, Esq. (State Bar No. 270792)
E-mail: jwilbert@wilbertandwilbert.com
Christian W. Wilbert, Esq. (State Bar No. 106479)
E-mail: cwwilbert@gmail.com
WILBERT & WILBERT
3700 S. Susan Street, Suite 120
Santa Ana, CA 92704
(714) 545-3500 phone/(714) 242-1544 fax
Attorneys for Defendant N.S. ENTERPRISES, INC.

KEITH G. WILEMAN (State Bar No. 111225)
E-mail: kwileman@veatchfirm.com
S. MARTIN KELETI (State Bar No. 144208)
E-mail: s.martin.keleti@veatchfirm.com
VEATCH CARLSON, LLP
700 South Flower Street, 22nd Floor
Los Angeles, California 90017-4209
(213) 381-2861 phone/(213) 383-6370 fax
Attorneys for Defendant BAYPOINTE, LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>N. S. ENTERPRISES, INC., BAYPOINTE, LLC<br><br>      Defendants<br>_____ | Case No: CV-13-2203-RGK (PJWx)<br><br>Hon. R. Gary Klausner<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

PURSUANT to Fed. R. Civ. Pro. 41(a)(2), in view of the Stipulation of Dismissal filed by the parties, all the claims in this case are hereby dismissed with prejudice, with each party bearing its own costs, expenses and attorney's fees.

It is so ORDERED.

Dated: March 06, 2014   _____
R. Gary Klausner
United States District Judge

1